# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 25, 2007

Charles R. Fulbruge III
Clerk

No. 06-21006
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

WALTER DEVON-ISTASHMA YOUNG

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-359-5

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Walter Devon-Istashma Young appeals his guilty-plea conviction and 135-month sentence for aiding and abetting bank robbery and use of a firearm during a crime of violence. Young contends that his sentence is unreasonable because this court's post-Booker[1] rulings have effectively reinstated the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] United States v. Booker, 543 U.S. 220 (2005).

mandatory sentencing guideline regime condemned in Booker.  This argument is foreclosed.  See Rita v. United States, 127 S. Ct. 2456, 2462 (2007).

Accordingly, the judgment of the district court is AFFIRMED.